**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**REMBRANDT VISION TECHNOLOGIES L.P.,**

    Plaintiff,

v.                                            CASE NO. 3:11-cv-819-J-37JRK

**JOHNSON & JOHNSON VISION CARE, INC.,**

    Defendant.
_____/

## ORDER OF RECUSAL

The undersigned finds that he should not preside over this cause. It is, therefore,

**ORDERED AND ADJUDGED:**

That the undersigned hereby recuses himself, and this cause is returned to the Clerk of Court for reassignment in accordance with established procedures.

**BY ORDER OF THE COURT,** at Jacksonville, Florida, this 17th day of August, 2011.

ROY B. DALTON JR.
United States District Judge

Copies to:     Counsel of Record