UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REMBRANDT VISION
TECHNOLOGIES L P,

    Plaintiff,

v.                                       Case No. 3:11-cv-819-J-32JRK

JOHNSON & JOHNSON VISION
CARE, INC.,

    Defendant.

## VERDICT

We, the jury, return the following verdict:

Has Rembrandt shown by a preponderance of the evidence that Vistakon's Acuvue Oasys contact lenses literally infringe Claim 1 of the Chang '327 Patent?

        YES (verdict for Rembrandt)    _____

        NO (verdict for Vistakon)      **NO**

SO SAY WE ALL, this **25** day of August, 2017.

                                                _/s/ Kinneth Lenore Goodnight_
                                                    FOREPERSON